594

In re Estate of Eugenia Crimp Bridge, deceased.
The First National Bank of Chicago, appellant, v. Walter Crimp et al., appellees. Gen. No. 38,325.

Opinion filed May 26, 1936.
Winston, Strawn & Shaw, for appellant; James H. Cartwright, of counsel. Ivor Jeffreys, for appellees.
Mr. Justice Friend delivered the opinion of the court.


Marie Conroy, appellee, v. Mrs. Harry J. Renn, appellant. Gen. No. 38,405.

Opinion filed May 26, 1936.
W. Harold Rutherford, for appellant; Richard E. Keogh, of counsel. John E. Johnson, for appellee; Clyde C. Fisher, of counsel.
Mr. Justice Friend delivered the opinion of the court.


John Chrenka and Florence Chrenka, appellees, v. William D. Meyering, appellant. Gen. No. 38,457.

Opinion filed May 26, 1935.
William J. Flaherty, for appellant; George H. Mason, of counsel. Kabaker & Kabaker, for appellees; Julius L. Kabaker, of counsel.
Mr. Justice Friend delivered the opinion of the court.


Hobart Brothers Company, defendant in error, v. Louis G. Tatter et al., plaintiffs in error. Gen. No. 38,469.

Opinion filed May 26, 1936.
Roy S. Gaskill, for certain plaintiff in error. Rothbart, Peterson & Rosenfield, for defendant in error.
Mr. Justice Friend delivered the opinion of the court.